**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 19, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-00720-CV

### KING FUELS, INC., Appellant

### V.

### JASWINDER RANDHAWA, Appellee

On Appeal from the Co Civil Ct at Law No 2
Harris County, Texas
Trial Court Cause No. 1055827-101

## M E M O R A N D U M   O P I N I O N

This is an appeal from certain orders made final August 8, 2017. On June 11, 2018, the parties filed a joint motion to dismiss the appeal, including all cross-appeals. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, No. 14-17-00720-CV, which includes the issues raised or to be raised on appeal or on cross-appeal, is dismissed.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.